IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CURATOR IP LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No.: __________ |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| TRAVEL LEADERS GROUP HOLDINGS, | ) | |
| LLC (d/b/a INTERNOVA TRAVEL GROUP), | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Curator IP LLC ("Curator" or "Plaintiff") submits this *Corporate Disclosure Statement* and respectfully states as follows:

1. Plaintiff Curator IP LLC is a limited liability company organized under the laws of the State of Delaware.

2. Curator's parent entities are Pebblebrook Hotel, L.P., CuratorBrook Hotel LLC, ALG-Curator LLC, OLS Hotels & Resorts LLC, Davidson Hotel Company LLC, Noble House Hotels & Resorts, Ltd., and Sage Enterprise Holdings, LLC.

3. CuratorBrook Hotel LLC is a limited liability company organized under the laws of the State of Delaware and owned by Pebblebrook Hotel, L.P., Jon E. Bortz, Raymond D. Martz, and Thomas C. Fisher. Jon E. Bortz, Raymond D. Martz, and Thomas C. Fisher are Pebblebrook Hotel Trust executives who individually and collectively own 3% or less of Curator IP LLC.

4. ALG-Curator LLC is a limited liability company organized under the laws of the State of Delaware.

5. OLS Hotels & Resorts LLC is a limited liability company organized under the laws of the State of Delaware.

6. Davidson Hotel Company LLC is a limited liability company organized under the laws of the State of Delaware.

7. Noble House Hotels & Resorts, Ltd. is a limited partnership organized under the laws of the State of Texas.

8. Sage Enterprise Holdings, LLC is a limited liability company organized under the laws of the State of Colorado.

9. Pebblebrook Hotel, L.P. is a limited partnership organized under the laws of the State of Delaware and is over 99% owned by Pebblebrook Hotel Trust.

10. Pebblebrook Hotel Trust is a publicly traded real estate investment trust ("REIT") traded under the New York Stock Exchange under the ticker symbol PEB. BlackRock, Inc. is a publicly traded corporation trading under the New York Stock Exchange under the ticker symbol BLK that is currently listed as an institutional investor owning 10% or more of Pebblebrook Hotel Trust's stock.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*

Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
Taylor E. Hallowell (No. 6815)
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
thallowell@ycst.com

HONIGMAN LLP
Bea Swedlow*
Amanda M. Blackburn*
315 East Eisenhower Parkway
Suite 100
Ann Arbor, MI 48108-3330
(734) 418-4200

Vikram A. Mathrani*
155 North Wacker Drive
Suite 3100
Chicago, IL 60606-1734
(312) 701-9300

**Pro hac vice* admission to be filed

Dated: December 26, 2023 *Attorneys for Curator IP LLC*

31100466.1